UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MDL No. 2599
Master File No. 15-02599-MD-MORENO
S.D. Fla. Case No. 18-21052-CV-MORENO

IN RE:

**TAKATA AIRBAG PRODUCTS
LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO
PERSONAL INJURY TRACK CASES

_____

TYLER MEIER,

       Plaintiff,

v.

FCA US LLC, f/k/a Chrysler Group LLC,

       Defendant.
_____/

## ORDER TO SHOW CAUSE

    THIS CAUSE came before the Court upon a *sua sponte* review of the record.

    On **May 18, 2018**, the Court issued an Order Reopening Case and Setting Deadline for Pretrial Motions **(D.E. 2779 in 15-02599 and D.E. 979 in 15-20664)**. The Court noted at that time that its "obligation [was] to rule on motions, and to date, no motions ha[d] been filed in this personal injury case that was originally filed in 2017." *Id.* at 2. The Court further instructed the Parties that "if the case continues to remain idle, it would not 'benefit from further coordinated proceedings' in this MDL and a suggestion of remand [would] ensure 'the maximum efficiency for all parties and the judiciary.'" *Id.* (citing *In re Methyl Tertiary Butyl Ether ("MTBE") Prod. Liab. Litig.*, No. 04 CIV. 4968 (VSB), 2017 WL 5468758, at *2 (S.D.N.Y. Nov. 13, 2017) ("The Court's discretion to suggest remand generally turns on the question of whether the case will benefit from further coordinated proceedings as part of the MDL.").

The Court held a status conference on **June 12, 2018**, at which time the Court was informed that because FCA US LLC was a new defendant, this case should "remain in the MDL so that discovery [could] be coordinated with the economic loss class discovery." (*See* **D.E 2865 at 16.**) Four months have passed since the status conference, and the Court is not aware of any submitted pretrial motion or of the current status of common liability discovery. Accordingly, it is

**ORDERED AND ADJUDGED** that the Parties submit a joint status report on this matter no later than **Friday, November 30, 2018**. The Parties shall update the Court on the current status of discovery and advise the Court on whether this case should be suggested for remand back to the Western District of Wisconsin.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15 day of November 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record